# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**DALE DEWAYNE JONES,**　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**V.**　　　　　　　　　　　　　　　　　　　　　　　　　　　**NO. 4:06CV202-P-D**

**CHRISTOPHER EPPS, et al.,**　　　　　　　　　　　　　　　**DEFENDANTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** as frivolous.

**IT IS SO ORDERED.**

THIS the 14th day of December, 2006.

　　　　　　　　　　　　　　　　　　　/s/ W. Allen Pepper, Jr.
　　　　　　　　　　　　　　　　　　　W. ALLEN PEPPER, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE